UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BARTLEY M. MULLEN, JR., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RED LION HOTELS CORPORATION and RED LION HOTELS FRANCHISING, INC.,<br><br>Defendants. | Case No. 2:19-cv-00987-CB<br><br>**STIPULATION OF DISMISSAL** |

Plaintiff Bartley M. Mullen, Jr. ("Plaintiff") and Defendants Red Lion Hotels Corporation and Red Lion Hotels Franchising, Inc. (collectively, "Defendants"), by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby stipulate that:

1. This action shall be DISMISSED with prejudice as between Plaintiff and Defendants;

2. No motion for class certification has been filed, and no class has been certified in this action. Therefore, class notice and court approval of this dismissal are not required under the Federal Rules; and

3. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: August 11, 2020

CARLSON LYNCH, LLP

*/s/ R. Bruce Carlson*
R. Bruce Carlson
Kelly K. Iverson
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
412-322-9243
bcarlson@carlsonlynch.com
kiverson@carlsonlynch.com

*Attorneys for Plaintiff*

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

John M. Magliery (*pro hac vice*)
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
Phone: (212)-603-6444
Fax: (212) 489-8340
Email: johnmagliery@dwt.com

*Attorneys for Defendants Red Lion Hotels Corporation and Red Lion Hotels Franchising, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record via the Court's electronic filing system on August 11, 2020.

*/s/ R. Bruce Carlson*
R. Bruce Carlson